

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00744-CV

**IN THE INTEREST OF C.M.P.**, L.R.S., B.J.S., J.K.R., and M.R., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA00058
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED January 31, 2024.

_____
Patricia O. Alvarez, Justice